IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS, INC,<br><br>　　　　Plaintiff,<br><br>　　　v<br><br>WAUSAU MORTGAGE CORP, d/b/a BROAD STREET MORTGAGE CO,<br><br>　　　　Defendant.<br>_____/ | No C 10-0924 VRW<br><br>ORDER |

　　　　Plaintiff Lehman Brothers Holdings, Inc ("LBHI") filed a motion for default judgment on May 17, 2010.  Doc #18.  In support of its motion, LBHI submitted the declaration of Zachary Trumpp, who appears to have calculated LBHI's proposed damages.  Doc #18-2.  For the loans ending in 6421 and 4271, Trumpp's declaration sufficiently explains LBHI's damage calculations with references to the record.  See, e g, id at ¶¶6-7.  For the remaining three loans in issue, however, Trumpp's declaration does not provide with sufficient clarity the damages sought.

Using paragraphs 6 and 7 of Trumpp's declaration as a guide, LBHI shall submit a supplemental memorandum discussing its damages calculations with respect to each loan in issue. This submission shall reference relevant documents by exhibit and page number as was done with loans numbered 6421 and 4271. Where appropriate, LBHI may highlight specific financial entries in its submission. To be clear, the court is not looking for an elaborate submission; rather, it merely requests that LBHI outline its precise calculations on a loan-by-loan basis.

The hearing scheduled for Tuesday, July 6, 2010 is HEREBY VACATED. LBHI's supplemental memorandum, which should be accompanied by an updated proposed order and form of judgment, shall be filed on or before Thursday, July 22, 2010, at which time the matter will be submitted.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge